UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

EPAFRODITE GERALD DINGA,

    Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

No. 1:25-CV-281-H

## ORDER

Before the Court is Epafrodite Gerald Dinga's petition for a writ of habeas corpus. Dkt. No. 1. The Court observes that Dinga can no longer be located through ICE's Online Detainee Locator System using his biographical information, his country of birth, or his A-Number. Dinga's updated case information on the EOIR website indicates that he was ordered removed, although an appeal is currently pending before the BIA. To assist the Court with determining whether it retains jurisdiction over the petition, *see Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583–84 (1999), the parties are ordered to file a joint status report within seven days of this Order indicating whether Dinga remains in custody.

So ordered on May __7__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).